IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| FRANKIE WAYNE POPE , | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00297-MTT-CHW |
| | * |
| Deputy QUENTON RAMSEY , | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 23rd day of October, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk